UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REUBIN KENNEDY,<br><br>                                  Plaintiff,<br>        -v-<br><br>JOE ORCHENA *and* YRC INC. *d/b/a* YRC FREIGHT,<br><br>                              Defendants. | 22 Civ. 4073 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

      Due to an unavoidable conflict, the Court adjourns the initial pretrial conference in this case currently scheduled for June 30, 2022 at 12:30 p.m. to July 6, 2022 at 4:30 p.m.

      SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated:  June 23, 2022
           New York, New York